**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL SAMUEL JOHNSON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>LAZANO,<br><br>　　　　Respondent. | No. 2:20-CV-2038-KJM-DMC-P<br><br><br>ORDER |

　　　　Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the Court is Petitioner's motion for leave to proceed in forma pauperis (ECF No. 2).  Petitioner has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that Petitioner is unable to prepay fees and costs or give security therefor.

　　　　Accordingly, IT IS HEREBY ORDERED that Petitioner's motion for leave to proceed in forma pauperis (ECF No. 2) is granted.

Dated:  November 17, 2020

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1